In the Matter of ELIZABETH AMANDA T. and Another, Children Alleged to be Permanently Neglected. HELENE LISA H., Appellant; GRAHAM-WINDHAM SERVICES TO FAMILIES AND CHILDREN, Respondent.

Submitted February 2, 2009; decided April 30, 2009

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 714 (2008)].

Chief Judge LIPPMAN taking no part.